UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAVARSKI M SHEFFIELD,

    PLAINTIFF,

-vs-　　　　　　　　　　　　　　　　　　Case No. 5:16-cv-00326-WTH-CJK

ALYSSA M YARBROUGH, et al.

    DEFENDANTS.
_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. ECF No. 13. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted, as plaintiff failed to disclose relevant prior federal litigation as required. Accordingly, the Report and Recommendation of the Magistrate Judge is accepted and incorporated herein by reference. The Clerk shall enter judgment stating: "This case is dismissed without prejudice for abuse of the judicial process." The Clerk is directed to close the file.

    IT IS SO ORDERED.
    DONE and ORDERED at Gainesville, Florida this 1st day of August, 2017.

_____
**UNITED STATES DISTRICT JUDGE**